STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Harold Dewey Register, Jr.
Attorney at Law
216 Rue Louis XIV
Lafayette LA 70508

REHEARING ACTION: October 1, 2014

Docket Number: 14   00767-KW

STATE OF LOUISIANA
VERSUS
DARIUS SIAS

Writ Application from Iberia Parish Case No. 08-1835

BEFORE JUDGES:

Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion
Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Darius Sias** is

REHEARING DENIED:  Defendant failed to request an extension within
the original return date.

cc: Hon. J. Phillip Haney, Counsel for  the Respondent
    Robert Clauson Vines, Counsel for  the Respondent